IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:21CR119 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDON TURJONIS, | ) | GOVERNMENT'S MOTION FOR LEAVE |
| | ) | TO FILE EXHIBIT UNDER SEAL |
| Defendant. | ) | |

The government moves tis Court for an Order permitting the filing of Exhibit B attached to its response to defendant's motion to suppress under seal because it contains information that should not be viewable to the public. Accordingly, the government requests that this Court permit leave to file Exhibit B under seal.

Respectfully submitted,

BRIDGET M. BRENNAN
Acting United States Attorney

By:   /s/ Yasmine Makridis
Yasmine Makridis (OH: 0090632)
Assistant United States Attorney
100 E. Federal Street, City Centre One;
Suite 325
Youngstown, OH 44503
(330) 740-6992
(330) 746-0239 (facsimile)
Yasmine.Makridis@usdoj.gov